IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 15 1999
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSE SALOMON PECINA-PEREZ § | |
| Plaintiff-Petitioner, § | |
| § | CIVIL ACTION NO. B-97-045 |
| VS. § | |
| § | CRIMINAL NO. B-95-123-01 |
| UNITED STATES OF AMERICA, § | |
| Defendant-Respondent. § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jose Salomon Pecina-Perez ("Pecina-Perez") has filed a petition pursuant to 28 U.S.C. § 2255 (Docket No. 1) seeking to set aside his conviction for carrying a firearm during a drug offense 18 U.S.C. § 924(c). The government has filed a Motion for Summary Judgment (Docket No. 6). For the reasons set forth below, Pecina-Perez's petition should be dismissed.

### THE § 2255 PETITION

On August 8, 1995, Pecina-Perez pled guilty to two counts of a four count indictment. The counts to which he pled guilty were aiding and abetting the possession with intent to distribute over fifty kilograms of marihuana and using or carrying a firearm during a drug trafficking offense in violation of 18 U.S.C. 924(c). The firearm offense resulted in the statutorily mandated five year sentence. Shortly thereafter, the Supreme Court issued its opinion in *Bailey v. United States*, 516 U.S. 137 (1995). Pecina-Perez argues that his 18 U.S.C. § 924(c) conviction should be set aside.

### RECOMMENDATION

The problem Pecina-Perez faces is that when he was frisked following his arrest, a loaded 9mm Smith & Wesson semi-automatic pistol was found in his trousers. This is enough to support

a conviction under the "carry" prong of 18 U.S.C. § 924(c). *Muscarello v. United States*, 524 U.S. 125 (1998)[1]; *United States v. Gobert*, 137 F.3d 315 (5th Cir. 1998).

IT IS THEREFORE **RECOMMENDED** that the government's Motion for to Dismiss be **GRANTED** and that Jose Salomon Pecina-Perez's Habeas Petition be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district Court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 15th day of April 1999.

John Wm. Black
United States Magistrate Judge

---

[1] This case was consolidated with *United States v. Cleveland*, 106 F.3d 1056 (1st Cir. 1997). The Fifth Circuit *Muscarello* case is *United States v. Muscarello*, 106 F.3d 636 (5th Cir. 1997).