THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 2 2 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE SALOMON PECINA-PEREZ, | § |
| Petitioner, | § |
| | § |
| vs. | § Civil No. B-97-45 |
| | § Criminal No. B-95-123-01 |
| UNITED STATES OF AMERICA, | § |
| Respondent. | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 15, 1999 should be and is hereby **ADOPTED**.

It is therefore **ORDERED** that the Respondent's Motion to Dismiss and in the Alternative, Motion for Summary Judgment [6-1,2] is **GRANTED**, Petitioner's Motion to Vacate under 28 U.S.C. 2255 is **DENIED** and this cause of action is **DISMISSED**.

DONE this 21st day of July, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge